ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Breyonce Moore,

Plaintiff(s),

v.

Cajun Style Fast Food, Inc.,

Defendant(s).

Case No. 22-cv-6966
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Breyonce Moore and against Defendant Cajun Style Fast Food, Inc. d/b/a Popeye's in the amount of $67,240.38, plus post-judgment interest. Broken down, that award is: (1) $16,011 (back pay); (2) ($1,229.38 (prejudgment interest on the back pay award); and (3) $50,000 (compensatory emotional damages).

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion for default final judgment.

Date:  5/19/2023                                     Thomas G. Bruton, Clerk of Court

                                                     /s/ Ruth O'Shea, Deputy Clerk